UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ANNETTE PETRUSA and ANNETTE PETRUSA, INC. :   Index No: 18-CV-7723
D/B/A KIPS BAY TOWERS REALTOR, : (CM)
 :
                Plaintiffs, :   **NOTICE OF**
   -against- : **APPEARANCE OF**
 : **DEFENDANT**
THE CONDOMINIUM BOARD OF THE KIPS BAY :
TOWERS CONDOMINIUM INC., :
 :
               Defendant. :
------------------------------------------------------------------------X

      **PLEASE TAKE NOTICE,** that the undersigned is admitted to practice in this Court and hereby appears as counsel in the above-entitled action for defendant.

Date:    New York, New York
         October 1, 2018

                                          **BOYD RICHARDS PARKER & COLONNELLI, P.L.**
                                          *Attorneys for Defendant*

                                          By:   /s/ Jennifer L. Stewart
                                                   Jennifer L. Stewart
                                           7 Times Square, 19th Floor
                                           New York, New York 10036
                                           212-400-0626