# BRACH | EICHLER LLC

Bob Kasolas
Direct Dial: 973-403-3139
Direct Fax: 973-618-5539
E-mail: bkasolas@bracheichler.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/18

October 2, 2018

MEMO ENDORSED

**VIA ECF**

Hon. Colleen McMahon, U.S.D.J.
United State District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, NY 10007

Conference adjourned to
10/26/18 @ 11:45 a.m.

/s/ Colleen McMahon
10/3/18

Re: Annette Petrusa, et al. v. The Condominium Board of the Kips Bay Towers Condominium, Inc.
Civil Action No. 1:18-cv-7723
**Request for Adjournment of October 12, 2018 Pre-Trial Conference**

Dear Judge McMahon:

This office represents plaintiffs Annette Petrusa and Annette Petrusa, Inc., d/b/a Kips Bay Towers Realtor in the above-captioned matter. An Initial Pre-Trial Conference is scheduled in this matter for October 12, 2018.

With the consent of my adversary, I am respectfully requesting a brief adjournment of the Initial Pre-Trial Conference due to several calendar conflicts on that date. I thank Your Honor for the Court's time, attention and courtesy regarding this matter.

Respectfully submitted,

/s/ Bob Kasolas

Bob Kasolas

BK:njc

cc: Jennifer L. Stewart, Esq. (via ECF)

5 Penn Plaza, 23rd Floor
New York, New York 10001
212 996 3974

101 Eisenhower Parkway
Roseland, New Jersey 07068
973 228 5700

2875 South Ocean Blvd, Suite 200
Palm Beach, Florida 33480
561 899 0177

www.bracheichler.com

BE 9951623 1/PET159-273006